**Motion Granted; Order filed October 31, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00370-CR
_____

**EARNEST DEMONE HEBERT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 248th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1364909**

## ABATEMENT ORDER

Appellant is not represented by counsel in this appeal. On October 8, 2013, time to file appellant's brief expired. Appellant and the trial court were notified on October 15, 2013, that no brief had been received. On October 25, 2013, appellant filed motion for extension of time. *See* Tex. R. App. P. 38.6(a). In the motion, appellant states that he has been unable to hire an attorney because he is indigent and cannot afford to pay an attorney. He requests that we abate the appeal for a

hearing to determine whether he is indigent and entitled to appointed counsel on appeal. We **GRANT** the motion and issue the following order:

The judge of the 248th District Court is directed to (1) immediately conduct a hearing, at which appellant, and state's counsel shall participate to determine whether appellant is indigent and entitled to appointed counsel on appeal; and (2) prepare a record, in the form of a reporter's record, of the hearing. If appellant is indigent, the judge shall appoint counsel to represent appellant. The judge shall see that a record of the hearing is made and shall order the trial clerk to forward a transcribed record of the hearing, and a supplemental clerk's record containing the trial court's findings and any order signed in response to appellant's request for an appointed attorney. Those records shall be filed with the clerk of this court on or before **November 29, 2013.**

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the supplemental records are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

PER CURIAM

2